IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BARRY L. MOTES, JR., | * | |
| Plaintiff, | * | |
| vs. | * | CIVIL ACTION NO. 19-00766-KD-B |
| TREY OLIVER III, et al., | * | |
| Defendants. | * | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 4, 2020 (Doc. 9) is ADOPTED as the opinion of this Court.

Accordingly, it is ORDERED that this action be DISMISSED with prejudice, prior to service of process, as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

DONE this 2nd day of April 2020.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE